UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND MCDOWELL and
TAJ DORSEY,

    Plaintiffs.

v.

LIVONIA HOTEL BUSINESS, INC.,
d/b/a AMERICA'S BEST VALUE
INN, a Michigan for Profit Corporation;
and EDWARD MAKMOURA, an individual,

    Defendants.

Case No: 2:19-cv-10217
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

_____

| ISSA G. HADDAD (P71699) | MATTHEW J. CONSOLO (P75214) |
|---|---|
| HADDAD LAW FIRM, PLC | SECREST WARDLE |
| Attorney for Plaintiffs | Attorney for Defendants |
| 30600 Telegraph Road. Suite 3150 | 2600 Troy Center Dr., P.O. Box 5025 |
| Bingham Farms, MI  48025 | Troy, MI 48007-5025 |
| (248) 633-8500 | (248) 851-9500 |
| issa@haddlaw.com | mconsolo@secrestwardle.com |

_____/

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: WARDEN OF SAGINAW CORRECTIONAL FACILITY, 9625 PIERCE ROAD, FREELAND, MICHIGAN, THE AGENCY OR PERSON HAVING CUSTODY OF **ANTONIO LEVELL FOWLER-MITCHELL, MDOC # 713341.**

Page **1** of **3**

SECREST WARDLE

Antonio Fowler-Mitchell is a WITNESS in this case. His appearance is necessary in conjunction with a trial scheduled in this Court.

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued forthwith commanding the above-named custodian to produce Mr. Fowler-Mitchell in this Court, United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, before the Honorable Victoria A. Roberts.  **The inmate will need to appear before the Honorable Victoria A. Roberts on the following date:**

**Wednesday, February 16th, 2022, at 9:30 am.**

Antonio Fowler-Mitchell must remain in the continuous custody of the MDOC from February 16, 2022, until he completes his appearance; at which time he will be returned to your custody.

Mr. Fowler-Mitchell is be dressed in civil clothes for his court appearance.

**IT IS ORDERED.**

s/ Victoria A. Roberts  
VICTORIA A. ROBERTS  
UNITED STATES DISTRICT JUDGE

Dated: 1/26/2022

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: WARDEN OF SAGINAW CORRECTIONAL FACILITY, 9625 PIERCE ROAD, FREELAND, MICHIGAN, THE AGENCY OR PERSON HAVING CUSTODY OF **ANTONIO LEVELL FOWLER-MITCHELL, MDOC # 713341.**

Pursuant to the above Order, you are directed to produce Antonio Levell Fowler Mitchell, MDOC #: 713341 before the United States District Court, 231 W. Lafayette Blvd., Detroit, MI 48226 at the place, date and hours indicated so that he may appear in this case**.** Antonio Levell Fowler Mitchell, MDOC #: 713341 will be needed:

1. **Wednesday, February 16, 2022 at 9:30 am**

Antonio Levell Fowler Mitchell, MDOC #: 713341must remain in the continuous custody of the MDOC until he completes his appearance; at which time he will be returned to your custody.

Antonio Levell Fowler-Mitchell. MDOC #713341 is to be in civilian clothes for his court appearance

          KINIKIA D. ESSIX, CLERK OF COURT
          By:   /s/ Linda Vertriest
          Linda Vertriest
          Case Manager for Honorable Victoria Roberts

Dated: 1/26/2022