UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RAYMOND MCDOWELL**, and
**TAJ DORSEY**,

Plaintiffs,

v.

Case No. 2:19-cv-10217
HON. VICTORIA A. ROBERTS
MAG. JUDGE ANTHONY P. PATTI

**LIVONIA HOTEL BUSINESS, INC. D/B/A, AMERICAS BEST VALUE INN**, a Michigan for-profit corporation; and **EDWARD MAKMOURA**, an individual.

Defendants.

---

HADDAD LAW FIRM, PLC
By: Issa G. Haddad (P71699)
Attorney for Plaintiffs
30600 Telegraph Road, Suite 3150
Bingham Farms, Michigan 48025
(248) 633-8500
issa@haddlaw.com

Law Office of Rabih Hamawi
By: Rabih Hamawi
Co-Counsel for Plaintiff
2000 Town Center, Suite 2000
Southfield, MI 48075
(248) 905-1133
rh@hamawilaw.com

SECREST WARDLE
By: Mathew J. Consolo (P75214)
By: Senara R. Dollar (P85357)
By: Anthony Randazzo
Attonrey for Defendants
2600 Troy Center Drive
P.O. Box 5025
Troy, Michigan 48007
(248) 851-9500
mconsolo@secrestwardle.com

---

Haddad Law Firm, PLC.

**ORDER OF JUDGMENT FOR PLAINTIFFS**

A jury returned a verdict on March 29, 2022 in favor of Plaintiffs Raymond McDowell and Taj Dorsey:

Haddad Law Firm, PLC.

FOR RAYMOND MCDOWELL:

1. Zero Dollars ($0.00) in noneconomic damages.

2. (1) One Hundred Forty Thousand and no/100 Dollars ($140,000.00) for past wage loss, and (2) Five Thousand Dollars and no/100 Dollars ($5,000.00) for past property damage, for a total past economic damage award in the amount of One Hundred Forty-Five Thousand and no/100 Dollars ($145,000.00).

3. The jury found Defendants to be twenty percent (20%) and Raymond McDowell to be eighty percent (80%) at fault. This reduced his total economic damages from One Hundred Forty-Five Thousand and no/100 Dollars ($145,000.00) to Twenty-Nine Thousand and no/100 Dollars ($29,000.00).

FOR TAJ DORSEY:

4. Past economic damages: Sixty-Three Thousand Three Hundred Thirty-Three Dollars and 33/100 ($63,333.00) for wage loss, and (2) One Thousand Dollars and no/100 ($1,000.00) for property damages, for a total past economic damage award of Sixty Four Thousand Three Hundred and Thirty Three Dollars and no/100 ($64,333.00).

5. Past noneconomic damages: One Hundred Thirty-Six Thousand Dollars and no/100 ($136,000.00).

6. Future noneconomic damages: (1) Twelve Thousand Dollars and no/100 ($12,000.00) for the period March 28, 2022 through March 28, 2023; (2) Twelve Thousand Dollars and no/100 ($12,000.00) for the period March 28, 2023 through March 28, 2024, and (3) Twelve Thousand Dollars and no/100 ($12,000.00) for the period March 28, 2024 through March 28, 2025, for a total of Thirty Six Thousand Dollars and no/100 ($36,000.00).

7. Future noneconomic damages are subject to a reduction to present value under applicable Michigan law. Thus Taj Dorsey's future noneconomic damages are reduced from Thirty Six Thousand Dollars and no/100 ($36,000.00) to Thirty Two Thousand Seven Hundred and Seventy Two Dollars and 44/100 ($32,772.44) based on the following calculation:

| YEAR | Annual Payment | Reduction Factor | Present Value |
|---|---|---|---|
| 3/28/2022 - 3/28/2023 | $12,000.00 | 1.05 | $11,428.57 |
| 3/28/2023 - 3/28/2024 | $12,000.00 | 1.10 | $10,909.09 |
| 3/28/2024 - 3/28/2025 | $12,000.00 | 1.15 | $10,434.78 |
| **Present Value Grand Total** | | | **$32,772.44** |
| **Gross Future Damage** | | | **$36,000.00** |
| **Reduction for Present Value** | | | **$3,227.56** |

8. The jury found that Taj Dorsey had no comparable negligence and that Raymond McDowell had 80% comparable negligence. It appears that on Taj Dorsey's Verdict Form, the Jury assigned the Eighty Percent (80%) fault that it attributed to Raymond McDowell to Defendants.

Haddad Law Firm, PLC.

**THE COURT ORDERS:**

(1) RAYMOND MCDOWELL is entitled to Judgment against Defendants in the amount of Twenty-Nine Thousand Dollars and no/100 ($29,000.00). This amount does not include McDowell's claim for taxable costs.

(2) TAJ DORSEY is entitled to Judgment against Defendants for economic and noneconomic damages in the amount of Two Hundred Thirty-Three Thousand One Hundred and Five Dollars and 44/100 ($233,105.44). This amount does not include Dorsey's claim for taxable costs.

**ORDERED**.

Date: 3/31/2022

s/ Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
US District Court Judge